UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CRIMINAL ACTION NO. 07-44

UNITED STATES OF AMERICA,                                          PLAINTIFF

v.                           **OPINION AND ORDER**

ANTHONY WAYNE ELLISON,                                   DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the Motion to Revise Pre-Sentence Investigation Report (DE 35) filed by the Defendant.

The Defendant was sentenced to 78 months on November 14, 2007 after pleading guilty to conspiracy to distribute 500 grams or more of cocaine. The Defendant states that the Bureau of Prisons denied his request to enter the Residential Drug Abuse Program because his Pre-Sentence Investigation Report ("PSR") reflects insufficient substance abuse history. The Defendant states that the PSR did not accurately reflect his substance abuse history.

The Defendant did not object to this portion of his PSR at sentencing. The Defendant cites no authority that would permit this Court to revise a PSR after sentencing. *United States v. Angiulo*, 57 F.3d 38, 41 (1st Cir.1995) (Rule 32 does not provide for a postsentence motion to correct a PSR); *United States v. Giaimo*, 880 F.2d 1561, 1563 (2d Cir.1989) (Rule 32 of the Federal Rules of Criminal Procedure "does not give a district court jurisdiction to correct inaccuracies in a [PSR] after a defendant has been sentenced"); *United States v. Engs*, 884 F.2d 894, 897 (5th Cir. 1989); *United States v. Reyes*, 2005 WL 1926509 at \* 1(W.D.N.Y. 2005)(citing cases); *United States v. Hennings*, 2005 WL 1270248 at \*1 (W.D.N.Y. 2005)(court has no authority to amend PSR to reflect drug use to permit Defendant to participate in drug treatment program). Further, the Defendant provides no

grounds to revise the disputed portion of the report.

For this reason, the Court hereby ORDERS that Defendant's motion (DE 35) is DENIED. Nevertheless, the Court reiterates its recommendation to the BOP that the Defendant participate in the intensive drug education and treatment program.

Dated this 7th day of January, 2011.

Signed By:
*Karen K. Caldwell* KKC
United States District Judge