UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CRIMINAL ACTION NO. 07-44

UNITED STATES OF AMERICA, PLAINTIFF

v. **OPINION AND ORDER**

ANTHONY WAYNE ELLISON, DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the Motion for Enforcement of Court-Ordered Drug Treatment (DE 37) filed by the Defendant.

The Defendant was sentenced to 78 months on November 14, 2007 after pleading guilty to conspiracy to distribute 500 grams or more of cocaine. In the judgment, this Court recommended that the Defendant participate in the intensive drug education and treatment program. [DE 31]. The Defendant states that the Bureau of Prisons ("BOP") has denied his request to enter the Residential Drug Abuse Program ("RDAP"). He asks that the Court order the BOP to permit him to participate in RDAP.

This Court has no authority to order the Defendant's participation in a drug treatment program while incarcerated. *United States v. Jackson*, 70 F.3d 874, 878 (6th Cir. 1995). This court only has authority to recommend a defendant's participation in a drug treatment program. *Id*. Accordingly, the Court hereby ORDERS that the Defendant's motion is DENIED.

Again, however, the Court reiterates its recommendation to the BOP that the Defendant participate in the intensive drug education and treatment program.

Dated this 28th day of March, 2011.



**Signed By:**

***Karen K. Caldwell***

**United States District Judge**